IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| R.W. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:13-cv-02115SCJ |
| v. | ) | |
| | ) | |
| Board of Regents of the University System of Georgia, | ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE TO TAKE DEPOSITION OF DR. JUSTIN DONALDSON**

TO: **Dr. Justin Donaldson, by and through counsel
Laura L. Lones
Assistant Attorney General
State of Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300**

Notice is hereby given that, pursuant to Fed. R. Civ. P. 30, counsel for Plaintiff will take the testimony upon oral examination of **Dr. Justin Donaldson** in the above-captioned case on **Wednesday, December 18th, 2013 at 10 a.m.** at the State of Georgia Department of Law, 40 Capitol Square S.W., Atlanta, Georgia  30334-1300.

The oral examination shall be conducted before an officer duly authorized by law to administer oaths and shall be recorded by stenographic means. The oral examination will continue from day to day until completed.

Submitted this 15th day of November 2013.

/s/ James E. Radford, Jr.
James E. Radford, Jr.
Georgia Bar No. 108007
*Counsel for Plaintiffs*

James Radford, LLC
545 N. McDonough St., Suite 212
Decatur, GA  30030
(678) 369-3609
james@jamesradford.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed this **Notice to Take Deposition of Dr. Justin Donaldslon scheduled for December 18, 2013 at 10 a.m.** with the Clerk of Court using the CM/ECF System which will send email notification to the following attorneys of record:

>Laura L. Lones
>llones@law.ga.gov
>State of Georgia Department of Law
>40 Capitol Square, S.W.
>Atlanta, Georgia 30334-1300

This 15th day of November, 2013.

>/s James E. Radford, Jr.
>JAMES E. RADFORD, JR.
>Georgia Bar No. 108007
>*Counsel for Plaintiffs*

**JAMES RADFORD**
545 N. McDonough St., Suite 212
Decatur, GA  30030
(678) 369-3609
james@jamesradford.com