FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 2 5 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| R.W., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOARD OF REGENTS OF THE )<br>UNIVERSITY SYSTEM OF )<br>GEORGIA, )<br>)<br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:13-CV-02115-SCJ |

**CERTIFICATE OF FILING ORIGINAL DISCOVERY MATERIAL**

COMES NOW Plaintiff R.W. in the above styled case, and in accordance with Northern District of Georgia Local Rule 5.4, contemporaneously files under seal pursuant to the Protective Order issued on March 20, 2014, with the Clerk of Court the following:

1. Transcription of Rebecca Stout's Deposition taken December 13, 2013.

2. Transcription of Jill Lee-Barber's Deposition taken December 17, 2013.

3. Transcription of Nicole Morrison Johnson's Deposition taken December 18, 2013.

4. Transcription of Justin L. Donaldson's Deposition taken December 18, 2013.

Respectfully submitted this 25th day of March 2014.

/s/ James E. Radford, Jr.
James E. Radford, Jr.
Georgia Bar No. 108007
*Counsel for Plaintiff*

James Radford, LLC
545 N. McDonough St., Suite 212
Decatur, GA  30030
(678) 369-3609
james@jamesradford.com