IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

R.W.,

      Plaintiff,

v.

BOARD OF REGENTS OF THE
UNIVERSITY SYSTEM OF GEORGIA,

      Defendant.

CIVIL ACTION NO.
1:13-CV-2115-LMM

FILED IN OPEN COURT
U.S.D.C. - Atlanta
OCT 29 2015
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## VERDICT FORM

### Issue I – The February 15, 2013 "Mandated Risk Assessment"

1. Do you find by a preponderance of the evidence that R.W. was a "qualified individual with a disability" on February 15, 2013?

    Answer:  Yes __✓__   No _____

If you answered "YES" to Question No. 1 above, proceed to Question No. 2.

If you answered "NO," skip to Question No. 5.

2. Do you find by a preponderance of the evidence that GSU discriminated against R.W. on the basis of his disability when, on February 15, 2013, it attempted to remove him from student housing and required him to release his medical records to GSU as part of its "mandated risk assessment" process?

Answer: Yes _____ No ___✓___

If you answered "YES" to Question No. 2 above, proceed to Question No. 3. If you answered "NO," skip to Question No. 5.

3. Do you find by a preponderance of the evidence that GSU acted with "deliberate indifference" to R.W.'s rights by attempting to remove him from student housing and requiring him to release his medical records to GSU as part of its "mandated risk assessment" process on the basis of his disability?

Answer: Yes _____ No _____

If you answered "YES" to Question No. 3 above, proceed to Question No. 4. If you answered "NO," skip to Question No. 5.

4. If your answer to the previous inquiry is "Yes," and you believe those actions caused the Plaintiff harm, please state the amount of compensatory damages you find R.W. should be awarded as a result of GSU attempting to remove him from student housing and requiring him to release medical records to GSU on February 15, 2013.

$_____

Proceed to Question No. 5.

**Issue II – Continuous Restrictions Placed on R.W.**

5. Do you find by a preponderance of the evidence that R.W. was a "qualified individual with a disability," following the completion of Defendant's "mandated risk assessment" process?

Answer: Yes __✓__ No _____

If you answered "YES" to Question No. 5 above, proceed to Question No. 6. If you answered "NO," your inquiry is complete.

6. Do you find by a preponderance of the evidence that GSU discriminated against R.W. on the basis of his disability by placing continuing restrictions upon him following the "mandated risk assessment" process?

Answer: Yes __✓__ No _____

If you answered "YES" to Question No. 6 above, proceed to Question No. 7.
If you answered "NO," your inquiry is complete.

7. Do you find by a preponderance of the evidence that the Defendant acted with "deliberate indifference" to R.W.'s rights by placing continuous restrictions upon him following the "mandated risk assessment" process?

Answer: Yes __✓__ No _____

If you answered "YES" to Question No. 7 above, proceed to Question No. 8.
If you answered "NO," your inquiry is complete.

8. If your answer to the previous inquiry is "Yes," and you believe those actions caused the Plaintiff harm, please state the amount of compensatory damages you determine R.W. should be awarded as a result of GSU placing continuous restrictions upon him following the "mandated risk assessment" process.

$ __75,000__

_____
**Foreperson**

__10/29/15_____
**Date**