IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

R.W.,

    Plaintiff,

v.

BOARD OF REGENTS OF THE
UNIVERSITY SYSTEM OF GEORGIA,

    Defendant.

CIVIL ACTION NO.
1:13-CV-2115-LMM

FILED IN OPEN COURT
U.S.D.C. - Atlanta
OCT 2 9 2015
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## ORDER

Following the jury's verdict on October 29, 2015, Plaintiff's request for a permanent injunction is hereby **GRANTED**.

The conditions on R.W., as dictated in Defendant's letter to him of August 30, 2013, are hereby ordered lifted. No current conditions should be imposed on R.W.'s ability to reside or remain in Georgia State University housing other than those applicable to all other students. This order shall not be read as preventing Defendant from conducting a mandated risk screening in the future, so long as such risk screening is based on new evidence and would be required for any student without R.W.'s disability.

**IT IS SO ORDERED** this 29th day of October, 2015.

_____
**Leigh Martin May**
**United States District Judge**